Form ntcpfm

# THE UNITED STATES BANKRUPTCY COURT
## For the Eastern District of Texas
## Sherman Division

**IN RE:**
A Stone Above, LLC
10000 Wilson Road
Pilot Point, TX 76258
Social Security No.:

**Case No.:** 19−43290 BTR
**Chapter:** 7

Debtor(s)

---

### Notice to Individual Debtor(s) Regarding Submission
### of Documents Required for Entry of Discharge

Upon review of the Court's docket in the above−referenced case, the Clerk notes that the following required documents have yet to be filed with the Court:

\* Certification of Completion of Instructional Course Concerning Personal Financial Management (Form 423)

In a chapter 7 case, the debtor shall file the certification within 60 days after the first date set for the meeting of creditors under §341 of the Code, and in a chapter 11 or 13 case no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under §1141(d)(5)(B) or §1328(b) of the Code. Fed. R. Bankr. P. 1007(c).

A list of approved personal financial management course providers may be obtained at http://www.justice.gov/ust. Select Credit Counseling & Debtor Education and then select Approved Debtor Education Providers from the list of menu options.

**NOTICE: The failure of an individual to provide this document will result in the closing of the case without a discharge unless the statement is filed within the applicable time limit under Rule 1007(c). All forms can be found at the Court's website http://www.txeb.uscourts.gov or at the Clerk's offices between the hours of 8:00 am and 4:00 pm.**

Dated: 1/4/20

Jason K. McDonald, Clerk