Form ntcpfm

# THE UNITED STATES BANKRUPTCY COURT
## For the Eastern District of Texas
## Sherman Division

IN RE:
A Stone Above, LLC
10000 Wilson Road
Pilot Point, TX 76258
Social Security No.:

**Case No.**:  19–43290 BTR
**Chapter**:  7

Debtor(s)

---

### Notice to Individual Debtor(s) Regarding Submission
### of Documents Required for Entry of Discharge

Upon review of the Court's docket in the above−referenced case, the Clerk notes that the following required documents have yet to be filed with the Court:

* Certification of Completion of Instructional Course Concerning Personal Financial Management (Form 423)

In a chapter 7 case, the debtor shall file the certification within 60 days after the first date set for the meeting of creditors under §341 of the Code, and in a chapter 11 or 13 case no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under §1141(d)(5)(B) or §1328(b) of the Code. Fed. R. Bankr. P. 1007(c).

A list of approved personal financial management course providers may be obtained at http://www.justice.gov/ust. Select Credit Counseling & Debtor Education and then select Approved Debtor Education Providers from the list of menu options.

**NOTICE: The failure of an individual to provide this document will result in the closing of the case without a discharge unless the statement is filed within the applicable time limit under Rule 1007(c). All forms can be found at the Court's website http://www.txeb.uscourts.gov or at the Clerk's offices between the hours of 8:00 am and 4:00 pm.**

Dated: 1/4/20

Jason K. McDonald, Clerk

United States Bankruptcy Court
Eastern District of Texas

In re:  
A Stone Above, LLC  
    Debtor

Case No. 19-43290-btr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0540-4    User: admin    Page 1 of 1    Date Rcvd: Jan 06, 2020  
                  Form ID: ntcpfm    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.  
db          +A Stone Above, LLC,   10000 Wilson Road,   Pilot Point, TX 76258-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2020 at the address(es) listed below:  
        Byron R. Berry    on behalf of Debtor    A Stone Above, LLC bberry@hbwvlaw.com,  
         kdurbin@hbwvlaw.com;mgeorge@hbwvlaw.com;ddillinger@hbwvlaw.com  
        Michelle  Chow    chowtrustee@gmail.com, mchow@iq7technology.com  
        US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV

                                                                                                                       TOTAL: 3