Certificate Number: 15317-TXE-DE-033967967

Bankruptcy Case Number: 19-43290



15317-TXE-DE-033967967

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 17, 2020</u>, at <u>5:10</u> o'clock <u>PM PST</u>, <u>Bruce B Siegel</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Texas</u>.

Date:   <u>January 17, 2020</u>        By:    <u>/s/Marissa Bartolome</u>

Name:  <u>Marissa Bartolome</u>

Title:   <u>Counselor</u>